# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **DOCKET NO. 18-cr-00096** |
| **VS.** | : | **JUDGE JAMES** |
| **BARTOLO MARQUEZ-CANTERA** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons orally assigned in the Report and Recommendation of the Magistrate Judge, [Doc. #22], and in the transcript previously filed herein, [Doc. #23] and having thoroughly reviewed the record, with the defendant having waived the period for filing objections [Doc. #18], and concurring with the finding of the Magistrate Judge under applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the **GUILTY PLEA** entered by defendant Bartolo Marquez-Cantera on June 6, 2018 before Magistrate Judge Kathleen Kay is **ACCEPTED** by the Court, pursuant to the provisions of Federal Rule of Criminal Procedure 11. Defendant is adjudged guilty of illegal re-entry following removal, as charged in Count One of the Indictment.

Monroe, Louisiana, this 7th day of June, 2018.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE